FILED

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CR. NO. 2:07-CR-221-MEF |
| | ) | |
| SIDNEY MADDOX | ) | [18 USC 922(g)(1) |
| | ) | 18 USC 922(k)] |
| | ) | |
| | ) | **INDICTMENT** |

The Grand Jury charges:

### COUNT 1

On or about September 21, 2006, in Pike County, within the Middle District of Alabama,

SIDNEY MADDOX,

defendant herein, having been convicted of felony offenses, crimes punishable by imprisonment for a term exceeding one year under the laws of the State of Alabama, to-wit:

1) October 20, 1992 - Burglary 2nd Degree, in the Circuit Court of Pike County, Alabama, case number CC-92-896;

2) September 6, 1994 - Escape 2nd Degree, in the District Court of Pike County, Alabama, case number DC-94-478;

did knowingly possess in and affecting commerce firearms, to-wit: a Sterling Model 400, .380 caliber pistol and a Model Pardner, 12 gauge shotgun, a better description of which is unknown to the grand jury. All in violation of Title 18, United States Code, Section 922(g)(1).

COUNT 2

On or about September 21, 2006, in Pike County, within the Middle District of Alabama,

SIDNEY MADDOX,

defendant herein, did unlawfully and knowingly possessed a firearm, to-wit: a Model Pardner, 12 gauge shotgun, with the manufacturer's serial number removed, obliterated or altered, and which, at any time, had been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Section 922(k).

FORFEITURE ALLEGATION

A.   Counts 1 and 2 of this indictment are hereby repeated and incorporated herein by reference.

B.   Upon conviction for the violations of Title 18, United States Code, Section 922(g)(1), as alleged in Counts 1 and 2 of this indictment, the defendant,

SIDNEY MADDOX,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of this offense, including but not limited to the following:

A Sterling Model 400, .380 caliber pistol; and,

A Model Pardner, 12 gauge shotgun.

C.   If any of the property described in this forfeiture allegation, as a result of any act or omission of the defendant:

(1)   cannot be located upon the exercise of due diligence;

(2)   has been transferred, sold to, or deposited with a third person;

(3)   has been placed beyond the jurisdiction of the court;

(4)   has been substantially diminished in value; or,

(5)   has been commingled with other property which cannot be divided without

difficulty; the United States, pursuant to Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c), intends to seek an order of this Court forfeiting any other property of said defendant up to the value of the property described in paragraph B above.

All in violation of Title 18, United States Code, Section 922.

A TRUE BILL:

_____
Foreperson

_____
LEURA G. CANARY
UNITED STATES ATTORNEY

_____
JOHN T. HARMON
Assistant United States Attorney

_____
VERNE H. SPEIRS
Assistant United States Attorney