IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CRIMINAL ACTION NO. |
| | ) | 2:07CR221-MEF |
| SIDNEY MADDOX | ) | |

**ORDER**

For good cause,

It is ORDERED that, pursuant to the Government's Motion for Detention (filed 10/2/2007, Doc. #4), a detention hearing is set for **Thursday, 10/4/2007 at 9:00 a.m.** in Courtroom 4A, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama, before the undersigned Magistrate Judge. Pending this hearing, the defendant(s) shall be held in custody of the U. S. Marshal and produced for the hearing.

DONE, this 3rd day of October, 2007.


/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATE MAGISTRATE JUDGE