**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 2:07-cr-221-MEF** |
| | ) | |
| **SIDNEY MADDOX** | ) | |

**NOTICE OF INTENT TO CHANGE PLEA**

       **COMES NOW** the Defendant, **SIDNEY MADDOX,** by and through undersigned

counsel, Michael J. Petersen, and notifies the Court of his intent to change his previously entered

plea of not guilty to guilty.  Defendant waives his right to plea in front of a district judge and

consents to do so before a magistrate judge. For the Court's convenience in scheduling this

Hearing, undersigned counsel will be unavailable on Friday, January 4, 2008.

       Dated this 2nd day of January, 2008.

                                    Respectfully submitted,


                                    s/ Michael J. Petersen
                                  **MICHAEL J. PETERSEN**
                                  Assistant Federal Defender
                                  201 Monroe Street, Suite 407
                                  Montgomery, Alabama 36104
                                  Phone: (334) 834-2099
                                  Fax: (334) 834-0353
                                  E-mail: michael_petersen@fd.org
                                  AL Bar Code: ASB-5072-E48M

**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 2:07-cr-221-MEF** |
| | ) | |
| **SIDNEY MADDOX** | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 2, 2008, I electronically filed the foregoing with the Clerk

of the Court using the CM/ECF system which will send notification of such filing to the following:


Verne H. Speirs, Esq.
Assistant United States Attorney
131 Clayton Street
Montgomery, AL 36104


                                        Respectfully submitted,

                                        s/ Michael J. Petersen
                                        **MICHAEL J. PETERSEN**
                                        Assistant Federal Defender
                                        201 Monroe Street, Suite 407
                                        Montgomery, Alabama 36104
                                        Phone: (334) 834-2099
                                        Fax: (334) 834-0353
                                        E-mail: michael_petersen@fd.org
                                        AL Bar Code: ASB-5072-E48M