IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CRIMINAL ACTION NO. |
| | ) | 2:07CR221-MEF |
| SIDNEY MADDOX | ) | |

ORDER

Upon the defendant's Notice of Intent to Change Plea (Doc. 21, filed 1/2/2008, it is

ORDERED that this case is set for proceedings pursuant to Rule 11 of the Federal Rules of Criminal Procedure on 1/8/2008 at 11:00 a.m., Courtroom 4A, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery Alabama.

The Clerk is directed to provide a court reporter for this proceeding. If the defendant is in custody, the United States Marshal shall arrange for the defendant's appearance at this proceeding.

DONE this 3rd Day of January, 2008.

/S/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE