IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CRIMINAL ACTION NO. |
| | ) | 2:07-CR-221-MEF |
| SIDNEY MADDOX | ) | |

**ORDER**

The proceedings set for January 8, 2008 at 11:00 a.m. shall now be set in **Courtroom 5B**, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery Alabama before Magistrate Judge Walker.

The Clerk is directed to provide a court reporter for this proceeding. If the defendant is in custody, the United States Marshal shall arrange for the defendant's appearance at this proceeding.

DONE this 7th day of January, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE