IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CRIMINAL ACTION NO. |
| | ) | 2:07-CR-221-MEF |
| SIDNEY MADDOX | ) | |

**ORDER**

It is ORDERED that a **detention hearing** is set on **Wednesday, January 16, 2008** at **2:00 p.m.** in Courtroom 4A, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama, before the undersigned Magistrate Judge.  Pending the detention hearing, the defendant(s) shall be held in custody of the U.S. Marshal and produced for the hearing.

DONE, this 9th day of January, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATE MAGISTRATE JUDGE