IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:07-cr-221-MEF |
| | ) | |
| SIDNEY MADDOX | ) | |

**ORDER OF REVOCATION AND DETENTION**

After due consideration of the testimony and arguments presented at the scheduled hearing on the **petition for revocation of the defendant's pretrial release supervision**, the court finds, pursuant to 18 U.S.C.§ 3148(b)(1)(B), that there is clear and convincing evidence that the defendant has violated *condition 7t* of the release conditions set for him on October 7, 2007. U.S. Probation Officer Bernard Ross provided uncontradicted testimony regarding the violations as asserted in the petition.

The court further finds that, pursuant to 18 U.S.C.§ 3148(b)(1)(B)(2), based on the factors set forth in 18 U.S.C. 3142(g), there is no condition or combination of conditions of release that will assure that the defendant does not pose a danger to the safety of any other person or the community. Officer Ross testified that after the violation on December 23, 2007, he told Maddox not to leave his home. Thereafter Maddox defied the clear instructions of Officer Ross and left home multiple times for unknown reasons. Accordingly, it is, for good cause,

**ORDERED** that the pretrial ORDER of release entered for the Defendant on October 4, 2007 (Doc. 10 and 11) is hereby REVOKED, and for further good cause, the Defendant is REMANDED to the custody of the United States Marshal for detention pending further proceedings.

DONE this 16th day of January, 2007.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE