IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | )    Case No.: 2:07-cr-221-MEF |
| | ) |
| **SIDNEY MADDOX** | ) |

## NOTICE OF FILING OF LETTER OF REFERENCE

Please take notice of the attached letter from Scherryl J. Harrison which is submitted for the Court's consideration prior to the sentencing of March 27, 2008.

Respectfully submitted this 25th day of March, 2008.

          Respectfully submitted,


          s/ Michael J. Petersen
          **MICHAEL J. PETERSEN**
          Assistant Federal Defender
          201 Monroe Street, Suite 407
          Montgomery, Alabama 36104
          Phone: (334) 834-2099
          Fax: (334) 834-0353
          E-mail: michael_petersen@fd.org
          AL Bar Code: ASB-5072-E48M

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Case No.: 2:07-cr-221-MEF |
| | ) | |
| **SIDNEY MADDOX** | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Verne H. Speirs, Esq.
Assistant United States Attorney
131 Clayton Street
Montgomery, AL 36104

Respectfully submitted,

s/ Michael J. Petersen
**MICHAEL J. PETERSEN**
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: michael_petersen@fd.org
AL Bar Code: ASB-5072-E48M

February 26, 2008

To Whom It May Concern:

    I am writing this on behalf of David Sidney Maddox. I have known David for at least ten years or more. I have had contact with him both as a prosecutor in the early nineties and as a part-time employer in the recent past. Since his earlier contact with law enforcement I have observed a change in his behavior. David has often worked two jobs to provide for his family. In addition to whatever regular employment he maintained, David over the years has performed odd jobs around my family's business to earn extra money to care for his family. David would contact me at least once a week to see if he was needed to wash cars, cut grass or clean the building to earn extra income. He has always been very respectful and conscientious about his work. He has limited formal education but appears to work extremely hard to compensate for his lack of formal training.

    I have been advised that David is being prosecuted pursuant to the ICE Program by being a convicted felon in possession of a firearm. I have not seen any indication that David is a violent person. It is my understanding that he got himself in trouble because he was trying to protect his family from a neighborhood bully and trouble maker. Justice may be better served if David is given a chance to return to work in order that he and his family may not become a tax burden on society. Upon his and his family's behalf I hope you will give him whatever positive consideration you deem appropriate.

Scherryl J. Harrison
Post Office Box 1073
Troy, Alabama 36081

RECEIVED
MAR 0 3 2008
Initial: BKS