# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **CASE NO. 2:07cr221-MEF** |
| ) | |
| **SIDNEY MADDOX** ) | |

## FINAL ORDER OF FORFEITURE

WHEREAS, on January 11, 2008, this Court entered a Preliminary Order of Forfeiture (Doc. # 30), forfeiting the following property to the United States:

> One Sterling, Model 400, .380 caliber handgun, bearing serial number G01462; and,

> One Pardner Model 12 gauge shotgun with an obliterated serial number.

WHEREAS, publication of notice was not required pursuant to Rule G(4)(a) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims as the property is of *de minimus* value and publication would exceed the property's value; and,

WHEREAS, the Court finds that defendant Sidney Maddox had an interest in the firearms that are subject to forfeiture pursuant to Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c). The United States has established the requisite nexus between such firearms in the commission of the violation of Title 18, United States Code, Section 922(g)(1) and 922(K).

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. The following firearms are hereby forfeited to the United States pursuant to Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c):

> One Sterling, Model 400, .380 caliber handgun, bearing serial number G01462; and,
>
> One Pardner Model 12 gauge shotgun with an obliterated serial number.

2. All right, title and interest to the firearms described above is hereby condemned, forfeited and vested in the United States and each shall be disposed of according to law;

3. The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order;

4. The Clerk of the Court shall forward two certified copies of this Order to the United States Attorney's Office; and,

5. The United States of America's Motion for a Final Order of Forfeiture (Doc. # 40) is GRANTED.

SO ORDERED this the 4th day of April, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE